226

No. 52822.—European Type Founders, Inc., et al. v. United States, protests 51635–K, etc.— ▉▉▉▉▉▉▉▉▉▉—Abstract 52745. (Initial No. 95216–K.) Plaintiffs' application for rehearing granted.

Before the First Division, January 19, 1949

No. 52823.—B. L. Lemke and Herman Meyer v. United States, protests 103726–K and 45457–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in Roche-Organon v. United States (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

No. 52824.—A. W. Salter Co., Inc., et al. v. United States, protests 141241–K, etc. (New York).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in Roche-Organon v. United States (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

No. 52825.—Burroughs Wellcome Co., Inc. v. United States, protest 143461–K (New York).

Opinion by Cole, J. It was stipulated that the issue presented is the same in all material respects as that which was before the court in Roche-Organon v. United States (35 C. C. P. A. 99, C. A. D. 378). The claim of the plaintiffs was therefore sustained.

No. 52826.—Associated Merchandising Corp. et al. v. United States, protests 140251–K, etc. (New York).

Opinion by Cole, J. The protests were dismissed.